# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| PUTNEY, INC., | ) |
|     Plaintiff/Counterclaim-Defendant, | ) ) ) |
|     v. | ) ) Civil Docket No. 2:07-cv-00108-DBH |
| PFIZER INC., | ) ) ) |
|     Defendant/Counterclaim-Plaintiff, | ) ) |
| and | ) ) |
| MWI VETERINARY SUPPLY, INC., | ) ) |
|     Defendant. | ) |

## STIPULATION OF DISMISSAL BETWEEN PLAINTIFF PUTNEY, INC. AND DEFENDANT MWI VETERINARY SUPPLY, INC.

NOW COME Plaintiff Putney, Inc., Defendant MWI Veterinary Supply, Inc. ("MWI") and Defendant Pfizer Inc. and, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of the following Counts of Plaintiff's First Amended Complaint against Defendant MWI, with prejudice and without costs:

- Count I (Declaratory Judgment Under Lanham Act) as it relates to MWI;

- Count II (Declaratory Judgment Under AMDUCA) as it relates to MWI;

- Count IV (Deceptive Trade Practices – 10 M.R.S.A. § 1211 et seq. – Against MWI);

- Count VIII (Breach of Contract – Against MWI);

- Count IX (Indemnification – Against MWI); and

- Count X (Promissory Estoppel – Against MWI).

{W1009676.3}

This Stipulation of Dismissal dismisses only those claims of Putney, Inc. against MWI and in no way affects Putney, Inc.'s claims against Pfizer and Pfizer's counterclaims against Putney, Inc.

DATED:  April 11, 2008

/s/ John A. Ciraldo
John A. Ciraldo
PERKINS THOMPSON, P.A.
One Canal Plaza, P.O. Box 426
Portland, ME  04112
(207) 774-2635
jciraldo@perkinsthompson.com

*Attorneys for Plaintiff Putney, Inc.*

/s/ Peter W. Culley
Peter W. Culley
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100
pculley@pierceatwood.com

*Attorneys for Defendant*
*MWI Veterinary Supply,  Inc.*

/s/ Peter J. DeTroy
Peter J. DeTroy
NORMAN, HANSON & DeTROY
415 Congress Street, P.O. Box 4600
Portland, ME  04112
(207) 774-7000
pdetroy@nhdlaw.com

*Attorneys for Defendant Pfizer Inc.*