# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| PUTNEY, INC., | ) |
|     Plaintiff/Counterclaim-Defendant, | ) ) ) |
|     v. | ) )   Civil Docket No. 2:07-cv-00108-DBH |
| PFIZER INC., | ) ) |
|     Defendant/Counterclaim-Plaintiff, | ) ) |
| and | ) ) |
| MWI VETERINARY SUPPLY, INC., | ) ) |
|     Defendant. | ) |

## JOINT MOTION FOR JUDGMENT BY PUTNEY, INC. AND PFIZER, INC.

NOW COME Putney, Inc. and Pfizer, Inc., through undersigned counsel, pursuant to the Notice of Settlement filed by the parties on June 10, 2008 [Docket No. 154] and respectfully request that the Court sign and enter the Consent Decree (submitted to the Court under separate cover) as final resolution to this matter.

The parties filed a Notice of Settlement with this Court on June 10, 2008. As part of the settlement agreement, the parties seek the Court's entry of a Consent Decree, which has been agreed to and signed by all parties. However, pursuant to the terms of the settlement agreement, the parties have agreed that the terms of Consent Decree will not become public until it is entered as a Court Order, at which point the parties agree that the Consent Decree will become publicly available.

WHEREFORE, the parties respectfully request that this Court grant this joint motion for judgment and sign and enter the Consent Decree submitted to the Court in the form agreed to and signed by the parties.

Dated at Portland, Maine this 10th day of July, 2008.

/s/ Russell B. Pierce
Russell B. Pierce, Esq.

/s/ Ann M. Freeman
Ann M. Freeman, Esq.
*Attorneys for Defendant and
Counterclaim Plaintiff, Pfizer, Inc.*

NORMAN HANSON & DETROY
415 Congress St.
P.O. Box 4600
Portland, ME 04112-4600
(207) 774-7000
rpierce@nhdlaw.com

/s/ Jennifer H. Pincus
Jennifer H. Pincus, Esq.
Attorney for Plaintiff and
Counterclaim Defendant, Putney, Inc.

PERKINS THOMPSON, P.A.
One Canal Plaza, P.O. Box 426
Portland, ME 04112-0426
jpincus@perkinsthompson.com

Certificate of Service

      I hereby certify that on July 10, 2008, I electronically filed the Joint Motion for Judgment with the Clerk of Court using the Cm/ECF system which will send notification of such filing to all parties of record in this action.

                                      /s/ Russell B. Pierce
                                      Russell B. Pierce, Esq.
                                      Norman, Hanson & DeTroy, LLC
                                      415 Congress Street
                                      P.O. Box 4600
                                      Portland, ME 04112
                                      207-774-7000
                                      afreeman@nhdlaw.com